IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:05mj137-SRW |
| | * | |
| PRESTON GRICE, LEEANDORA WOODS, CORE4Y HARVEY | * * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Scott Edwards | 1. Tamara Martin |
| | 2. Shacara Robinson |
| | 3. Lorean Grice |