IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | Cr. No. 2:05-cr-00267-T |
| ) | |
| PRESTON GRICE                    ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>November 30, 2005, at 10:00 a.m.</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: **PRESTON GRICE** before the United States District Court at 4B Courtroom, on the  30th  day of November, 2005, at 10:00 a.m.

DONE, this the  17th  day of November, 2005.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _[signature]_
    Deputy Clerk