# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>PRESTON GRICE, DEFENDANT | CASE NUMBER<br><br>2:05-CR-267 |

## MOTION TO WITHDRAW

**COMES NOW,** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an order allowing the withdrawal of the undersigned as counsel of record for the defendant, by stating the following grounds:

1. On November 4, 2005, Donald Gordon Madison filed a *Notice of Appearance* as counsel for the Defendant.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 18th day of November, 2005.

**/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**KEITH & HAMM, P.C.**
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX               334-269-0262

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 18th day of November, 2005.

          **/s/ Daniel G. Hamm**
          ―――――――――――――――――――
          DANIEL G. HAMM (HAM043)
          ATTORNEY FOR THE DEFENDANT
          **KEITH & HAMM, P.C.**
          235 SOUTH MCDONOUGH STREET
          MONTGOMERY, ALABAMA 36104
          TELEPHONE   334-269-0269
          FAX         334-269-0262

| | |
|---|---|
| Susan R. Redmond | Preston Grice |
| U.S. Attorney's Office | Federal Inmate |
| Post Office Box 197 | Montgomery City Jail |
| Montgomery, Alabama 36101-0197 | Post Office Box 159 |
| | Montgomery, Alabama 36195 |