IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR267-T |
| | ) | |
| PRESTON GRICE | ) | |

**ORDER**

On November 3, 2005, Attorney Daniel Hamm was appointed to represent the defendant. On November 4, 2005, Attorney Donald Gordon Madison entered an appearance on the defendant's behalf. On November 18, 2005, Attorney Hamm filed a motion to withdraw (doc. # 31). Upon consideration of the motion to withdraw, and for good cause, it is

ORDERED that the motion to withdraw as attorney (doc. # 31) be and is hereby GRANTED.

Done this 22nd day of November, 2005.

                                           /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE