IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr267-T |
| PRESTON GRICE | ) | |

ORDER

It is ORDERED that defendant Preston Grice's motion
to revoke detention order (Doc. No. 34) is set for an on-
the-record scheduling conference on December 1, 2005, at
8:30 a.m.  Counsel for the government are to arrange for
the conference to be conducted by telephone.

DONE, this the 30th day of November, 2005.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE