**COURTROOM DEPUTY MINUTES**     **DATE:** 11/30/05
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 11:08- 11:13

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**
CASE NO. **2:05CR267-T-CSC**    DEFT. NAME: **PRESTON GRICE**
USA: **KARL DAVID COOKE, JR.**    ATTY: **DONALD MADISON**
Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;
USPTSO/USPO: _____
Defendant ____ does __√__ does NOT need an interpreter;
Interpreter present __√__ NO ___ YES   NAME _____

- ☐ Kars.  Date of Arrest _____ or ☐ karsr40
- √ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐  Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☐  DETENTION HRG ☐ held; ☐ Set for _____ ; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ BOND EXECUTED (M/D AL charges) $ _____  Deft released (kloc LR)
- ☐  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- √ Karr.  ARRAIGNMENT SET FOR: _____ √ HELD. Plea of NOT GUILTY entered.
- √ Trial Term **1/23/06** ; ☐ PRETRIAL CONFERENCE DATE: **1/3/06**
- √ DISCOVERY DISCLOSURES DATE: **12/2/05**
- ☐ Krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**