# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 1, 2005           AT        8:35        A.M./P.M.

DATE COMPLETED   DECEMBER 1, 2005           AT        8:45        A.M./P.M.

```
UNITED STATES OF AMERICA        )
                                )
     v                          )     Cr No. 2:05cr267-T
                                )
PRESTON GRICE                   )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Donald Madison |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | David Sapp, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SCHEDULING CONFERENCE

8:35 a.m.    Telephone scheduling conference commenced on defendant's appeal of detention order. Parties agree that appeal may proceed on the record itself and that an additional hearing is not necessary. Order to issue setting the matter for submission two weeks from Monday, with briefing deadlines as stated on the record.
8:45 a.m.    Conference concluded.