IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr267-T |
| **PRESTON GRICE** | ) | |

### ORDER

Based on the oral representations of the parties made during the on-the-record scheduling conference held December 1, 2005, in which they agreed that the motion at issue could be decided on the current record without additional evidence, it is ORDERED that defendant Preston Grice's motion to revoke detention order (Doc. No. 34) is set for submission, without oral argument, on December 19, 2005, with the defendant's brief due on December 12, 2005, and the government's brief due on December 19, 2005.

DONE, this the 1st day of December, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**