IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO: 2:05 cr 267-T |
| ) | |
| PRESTON GRICE; ) | |
| LEEANDORA WOODS; ) | |
| COREY HARVEY, ) | |
| ) | |
|     Defendants. ) | |

**MOTION TO DISMISS**

COMES NOW the Defendant Preston Grice (hereinafter referred to as Grice), by and through counsel, and files this Motion to Dismiss in the above-entitled action.  As grounds, the Defendant Grice would show unto this Honorable Court the following:

1.  On November 30, 2005, the Arraignment Hearing for Preston Grice was held.  This Honorable Court verbally Ordered the Government to produce the Affidavit for the Search Warrant by the end of said day (November 30, 2005).  The Court also Ordered the Government to produce the Government's discovery to the defendants on or before December 2, 2005.

2.  The above verbal Order of the Court was incorporated in the Court's Order of December 1, 2005.

3.  That as of 5:00 p.m. December 2, 2005, the Defendant Grice has not yet received any of the documents referred

to in paragraphs 1 and 2 above.

    4.   As a result of the above and foregoing failure of the Government to comply with this Court's Order, the Defendant Grice respectfully Moves that this Honorable Court dismiss the action against him.

                            Respectfully submitted,

                          S/Donald G. Madison
                          DONALD G. MADISON
                          ASB-5199-M68D
                          Attorney for Defendant Preston Grice
                          418 Scott Street
                          Montgomery, Alabama 36104
                          TELEPHONE (334) 263-4800
                          FACSIMILE (334) 265-8511
                          E-mail: btjarvis1@bellsouth.net
                                    btjarvis@knology.net

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed this document on December 2, 2005, utilizing the CM/ECF system which will electronically notice the following parties:

Honorable Leura C. Garrett
United States Attorney

Honorable Bruce Maddox
Attorney for Corey Harvey

Honorable Susan James
Attorney for Leeondara Woods

                                          S/Donald G. Madison
                                          DONALD G. MADISON
                                          ASB-5199-M68D

          Attorney for Defendant Preston Grice
418 Scott Street
Montgomery, Alabama 36104
Telephone  (334)-263-4800
Facsimile   (334)-265-8511
E-mail: btjarvis1@bellsouth.net
       btjarvis@knology.net