IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR267-T |
| | ) | |
| PRESTON GRICE | ) | |
| COREY HARVEY | ) | |

**ORDER**

Upon consideration of the motion to dismiss filed by defendant Grice (doc. # 44) and defendant Harvey (doc. # 45), it is

ORDERED that oral argument be and is hereby set on **December 6, 2005, at 4:00 p.m.** in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendants are in custody and desire to be present, counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the hearing.

Done this 5th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE