## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:05CR267-T** |
| | ) | |
| **PRESTON GRICE** | ) | |
| **COREY HARVEY** | ) | |

## ORDER

Upon consideration of the *Motion to Continue Oral Argument on Motion to Dismiss* (doc. #47) filed by the defendant on December 5, 2005, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The hearing on the Motions to Dismiss presently set for 12/6/05 at 4:00 p.m. is hereby **CONTINUED** to **December 9, 2005 at 11:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendants are in custody, the United States Marshal or the person having custody of the defendants shall produce the defendants for the proceeding.

Done this 6th day of December, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE