IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-267-T |
| ) | |
| PRESTON GRICE; ) | |
| LEEANDORA WOODS; ) | |
| COREY HARVEY ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment without prejudice heretofore filed in the above styled cause to Preston Grice, Leeandora Woods, and Corey Harvey, on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 7th day of December, 2005.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05-cr-267-T |
| ) | |
| PRESTON GRICE; ) | |
| LEEANDORA WOODS; ) | |
| COREY HARVEY ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Madison, Bruce Maddox, and Susan James.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: susan.redmond@usdoj.gov