IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05CR267-T |
| ) | |
| PRESTON GRICE ) | |
| LEEANDORA WOODS ) | |
| COREY HARVEY ) | |

**ORDER**

For good cause, it is

ORDERED that oral argument presently set on **December 9, 2005, at 11:00 a.m.** be and is hereby CONTINUED generally.

Done this 8th day of December, 2005.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE