IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-267-T |
| | ) | |
| PRESTON GRICE; | ) | |
| LEEANDORA WOODS; | ) | |
| COREY HARVEY | ) | |

O R D E R

     Upon consideration of the Motion for Leave to Dismiss the Indictment without prejudice as to Preston Grice, Leeandora Woods, and Corey Harvey (Doc. No. ), heretofore filed in the above styled cause, and for good cause shown, including that counsel for all three defendants have orally informed the Court that the defendants do not object to the motion, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

     DONE this 9th day of December, 2005.

                                                      /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

     Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment without prejudice heretofore filed in the above styled cause as to Preston Grice, Leeandora Woods, and Corey Harvey.

                                              Respectfully submitted,

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Susan R. Redmond
                                              SUSAN R. REDMOND
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              Telephone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: susan.redmond@usdoj.gov